AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nickerson, William M. | Maryland | 11/04/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Senior St | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>09/30/2017 |

**7. Chambers or Office Address**

101 W. Lombard Street
Baltimore MD 21201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/06/1993 | State of Md. Judicial Pension Plan; |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/04/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. monthly | State of Md. Judicial Pension Plan | $14,962.86 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/04/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bristol Myers Squibb cmn | B | Dividend | M | T | | | | | |
| 2. Chevron Texaco Corp. formerly Chevron Corp. cmn | B | Dividend | L | T | | | | | |
| 3. Coca Cola Co. cmn | C | Dividend | M | T | | | | | |
| 4. Colgate Palmolive Co. cmn | B | Dividend | M | T | | | | | |
| 5. DuPont, E. I. cmn | A | Dividend | J | T | | | | | |
| 6. Equifax Inc. cmn | A | Dividend | M | T | | | | | |
| 7. General Electric Co. cmn | B | Dividend | J | T | | | | | |
| 8. General Mills Inc. cmn | B | Dividend | L | T | | | | | |
| 9. Johnson & Johnson cmn | C | Dividend | M | T | | | | | |
| 10. Merck & Co., Inc. cmn | A | Dividend | J | T | | | | | |
| 11. Procter & Gamble Co. cmn | A | Dividend | K | T | | | | | |
| 12. Franklin Mutual Shrs Cl Z | A | Dividend | K | T | | | | | |
| 13. Exelon Corp. cmn | A | Dividend | J | T | | | | | |
| 14. Cheesecake Factory Inc. cmn | | None | L | T | | | | | |
| 15. Chemours Co. | A | Dividend | J | T | | | | | |
| 16. J. Alexanders Hldgs.,Inc. | A | Dividend | J | T | | | | | |
| 17. T.R.P. Md. Tax Free Bond | C | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. T.R.P. Tax Exempt M/M | A | Dividend | M | T | | | | | |
| 19. Exxon Mobil Corp cmn | A | Dividend | K | T | | | | | |
| 20. Intel Corp cmn | A | Dividend | K | T | | | | | |
| 21. PNC Finl. Svs. Grp. cmn | A | Dividend | K | T | | | | | |
| 22. Microsoft Corp cmn | A | Dividend | K | T | | | | | |
| 23. T. Rowe Price Inc. cmn | A | Dividend | L | T | | | | | |
| 24. Zebra Tech cmn | | None | M | T | | | | | |
| 25. Wal-Mart Stores cmn | A | Dividend | J | T | | | | | |
| 26. Fidelity Natl. Info. Svcs. Inc. cmn | A | Dividend | K | T | | | | | |
| 27. Zimmer Hldgs. Inc. cmn | | None | J | T | | | | | |
| 28. Smucker J M Co cmn | A | Dividend | J | T | | | | | |
| 29. Express Scripts Hldg. Co. | | None | J | T | | | | | |
| 30. Massachusetts Mutual Ins. Co. - whole life policy | B | Dividend | L | T | | | | | |
| 31. Navy Mutual Aid Ass'n. perm. plus life ins. policy | B | Dividend | K | T | | | | | |
| 32. Amer. Trust Co. ACF W. Nickerson IRA (H) #4693 acct....4693 9 133 | | | | | | | | | |
| 33. - Columbia Acorn Fd. - A | A | Dividend | K | T | | | | | |
| 34. - Columbia High Yield Bd. Fd. Cl A | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - I Shares MSCI Emerging Mkts.ETF | A | Dividend | K | T | | | | | |
| 36.  - I Shares Russell 1000 Value ETF | A | Dividend | L | T | | | | | |
| 37.  - I Shares Russell 1000 Growth ETF | A | Dividend | K | T | | | | | |
| 38.  - I Shares S&P Midcap400 Growth ETF | A | Dividend | K | T | | | | | |
| 39.  - I Shares S&P Midcap 400 Value ETF. | A | Dividend | K | T | | | | | |
| 40.  - I Shares Core S&P Smallcap ETF | A | Dividend | K | T | | | | | |
| 41.  - Fidelity Advisor New Insights - T Fd. | | None | L | T | | | | | |
| 42.  - MFS Intl. Diverse - A | A | Dividend | J | T | | | | | |
| 43.  - Fidelity Advisor Mid Cap II - A | | None | J | T | | | | | |
| 44.  - Ameriprise Insured Money Mkt. | A | Dividend | | | Sold | 09/01/17 | J | A | |
| 45.  - Columbia Acorn International Fd. A | A | Dividend | J | T | | | | | |
| 46.  - Columbia Income Bldr. Cl A | A | Dividend | K | T | | | | | |
| 47.  - John Hancock Strategic Inc. Opp. Cl A | A | Dividend | K | T | | | | | |
| 48.  - Fidelity Advisor Strategic Inc. Cl A | A | Dividend | K | T | | | | | |
| 49.  - MFS New Discovery Value Cl A | A | Dividend | K | T | | | | | |
| 50.  - First Trust Cons. Staples Alpha ETF | A | Dividend | J | T | | | | | |
| 51.  - Columbia Select Large Cap Value Cl A | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Amer. Trust Co. ACF W. Nickerson IRA(H) #4634 | | | | | | | | | |
| 53. - Ameriprise Insd. M/M | A | Dividend | J | T | | | | | |
| 54. - CNL Health Care Inc. REIT | A | Dividend | L | T | | | | | |
| 55. Columbia Mid Cap Value - A Fund | A | Dividend | K | T | | | | | |
| 56. AIM Invesco Smallcap Equity Fd Cl A | A | Dividend | L | T | | | | | |
| 57. Fidelity Advisor Mid Cap II-A Fd. | | None | K | T | | | | | |
| 58. Fidelity Advisor New Insights A Fd. | | None | K | T | | | | | |
| 59. MFS Value - A Fd. | A | Dividend | K | T | | | | | |
| 60. Oppenheimer Developing Mkts. - A Fd. | A | Dividend | K | T | | | | | |
| 61. Investment property, Baltimore, MD | | None | M | R | | | | | see VIII |
| 62. FID NATL FINL INC NEW FNF & FNFV GRP (formerly Lender Proc. Svcs.) | A | Dividend | J | T | | | | | |
| 63. Riversource Ret. Adv. 4 Ad. VA Annuity ( ███████ ) | | | | | | | | | |
| 64. - Col VP Cont Core | A | Int./Div. | J | T | | | | | |
| 65. - Col VP Emerging Mkt | A | Int./Div. | J | T | | | | | |
| 66. - Col VP Lg Cap Growth | A | Int./Div. | J | T | | | | | |
| 67. - Col VP Select LC Val | A | Int./Div. | J | T | | | | | |
| 68. - VP-Columb Wanger Inter | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - VP-DFA International | A | Int./Div. | J | T | | | | | |
| 70.  - VP-Jennison Mid Growth | A | Int./Div. | J | T | | | | | |
| 71.  - VP - Loomis Sales Grth | A | Int./Div. | J | T | | | | | |
| 72.  - VP-MFS Value | A | Int./Div. | J | T | | | | | |
| 73.  - VP-NFN Win Lrg Cap Gr (Y) | | | | | | | | | see VIII |
| 74.  - VP-Partners Sm Cap Val | A | Int./Div. | J | T | | | | | |
| 75.  - VP-Partners Small Grth | A | Int./Div. | J | T | | | | | |
| 76.  - VP-Pyramis Invest Int | A | Int./Div. | J | T | | | | | |
| 77.  - VP Victory Estb Value | A | Int./Div. | J | T | | | | | |
| 78.  - Col VP Emerg Mkts Bomd | A | Int./Div. | J | T | | | | | |
| 79.  - Col VP Income Opp Fund | A | Int./Div. | J | T | | | | | |
| 80.  - Col VP Lmtd Duration | A | Int./Div. | J | T | | | | | |
| 81.  - Col VP US Gov Mort | A | Int./Div. | J | T | | | | | |
| 82.  - Col VP Strat Income | A | Int./Div. | J | T | | | | | |
| 83.  - VP-Am Cent Diver Bond | A | Int./Div. | J | T | | | | | |
| 84.  - VP-Eaton Vance Fl-Rate | A | Int./Div. | J | T | | | | | |
| 85.  - VP-J.P. Morgan Cor Bnd (Y) | | | | | | | | | see VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/04/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - VP-TCW Core Plus Bond | A | Int./Div. | J | T | | | | | |
| 87.   - VP-Wells Fargo Sh Gov | A | Int./Div. | J | T | | | | | |
| 88.   - Col VP Commodity Strat | A | Int./Div. | J | T | | | | | |
| 89.   - VP-AQR Managed Futures | A | Int./Div. | J | T | | | | | |
| 90.   - Col VP US Equities | A | Int./Div. | J | T | | | | | |
| 91.   - Col VP Inter Bond | A | Int./Div. | J | T | | | | | |
| 92.   - Col VP Div ABS Return | A | Int./Div. | J | T | | | | | |
| 93.   - Tactical Assets | A | Int./Div. | J | T | | | | | |
| 94.   - Col VP Disc Core | A | Int./Div. | J | T | | | | | |
| 95.   - VP-MFS Bld Rsch Core | A | Int./Div. | J | T | | | | | |
| 96.   - VP-Morg Stan Advantage | A | Int./Div. | J | T | | | | | |
| 97.   - T. Rowe Lrg Cap Val | A | Int./Div. | J | T | | | | | |
| 98.   - Col VP Select Inter | A | Int./Div. | J | T | | | | | |
| 99.   - VP Lazard Internat | A | Int./Div. | J | T | | | | | |
| 100.   - VP Opponheimer Intl Gr | A | Int./Div. | J | T | | | | | |
| 101.   - VP Center Square RE | A | Int./Div. | J | T | | | | | |
| 102.   - Col VP Long Gov-Credit | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/04/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - VP - LA Cap Lrg Cap Gr (X) | A | Int./Div. | J | T | | | | | see VIII |
| 104.  - VP - Victory Syc Est Val (X) | A | Int./Div. | J | T | | | | | see VIII |
| 105.  - VP - Partners Core Bond (X) | A | Int./Div. | J | T | | | | | see VIII |
| 106.  Franklin MD Tax Free Inc. - A | A | Dividend | J | T | | | | | |
| 107.  Columbia Acorn Int'l. - A Fd. | A | Dividend | K | T | | | | | |
| 108.  Invesco LTD Term Mun Income Cl A | A | Dividend | J | T | | | | | |
| 109.  Ameriprise Insured Money Market Fd. | A | Dividend | J | T | | | | | |
| 110.  Riversource Ret. Adv. 4 Ad. VA Annuity | | | | | | | | | |
| 111.  - Col VP Cont Core | A | Int./Div. | J | T | | | | | |
| 112.  - Col VP Lg Cap Growth | A | Int./Div. | J | T | | | | | |
| 113.  - Col VP Select LC Val | A | Int./Div. | J | T | | | | | |
| 114.  - VP-Columb Wanger Inter | A | Int./Div. | J | T | | | | | |
| 115.  - VP-DFA International | A | Int./Div. | J | T | | | | | |
| 116.  - VP-Jennison Mid Growth | A | Int./Div. | J | T | | | | | |
| 117.  - VP-MFS Value | A | Int./Div. | J | T | | | | | |
| 118.  - VP-Nvn Win Lrg Cap Gr (Y) | | | | | | | | | see VIII |
| 119.  - VP-Partners Sm Cap Val | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - VP-Partners Small Grth | A | Int./Div. | J | T | | | | | |
| 121.  - VP-Loomis Sayles Grth | A | Int./Div. | J | T | | | | | |
| 122.  - VP- Victory Estb Value | A | Int./Div. | J | T | | | | | |
| 123.  - Col VP Emerg Mkts Bond | A | Int./Div. | J | T | | | | | see VIII |
| 124.  - Col VP Income Opp Fund | A | Int./Div. | J | T | | | | | |
| 125.  - Col VP Lmtd Duration | A | Int./Div. | J | T | | | | | |
| 126.  - Col VP US Gov Mort | A | Int./Div. | J | T | | | | | |
| 127.  - Col VP Strat Income | A | Int./Div. | J | T | | | | | |
| 128.  - VP-Am Cent Diver Bond | A | Int./Div. | J | T | | | | | |
| 129.  - VP-Eaton Vance FL-Rate | A | Int./Div. | J | T | | | | | |
| 130.  - VP-J.P. Morgan Cor Bnd (Y) | | | | | | | | | see VIII |
| 131.  - VP-TCW Core Plus Bond | A | Int./Div. | J | T | | | | | |
| 132.  - VP-Wells Fargo Sh Gov | A | Int./Div. | J | T | | | | | |
| 133.  - Col VP Commodity Strat | A | Int./Div. | J | T | | | | | |
| 134.  - VP-AQR Managed Futures | A | Int./Div. | J | T | | | | | |
| 135.  - VP Pyramis Internat | A | Int./Div. | J | T | | | | | |
| 136.  - Col VP Inter Bond | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - Col VP Us Equities | A | Int./Div. | J | T | | | | | |
| 138.  - Col VP Div ABS Return | A | Int./Div. | J | T | | | | | |
| 139.  - Tactical Assets | A | Int./Div. | J | T | | | | | |
| 140.  - Col VP Disc Core | A | Int./Div. | J | T | | | | | |
| 141.  - VP - MFS Bld Rsch Core | A | Int./Div. | J | T | | | | | |
| 142.  - VP-Morg Stan Advantage | A | Int./Div. | J | T | | | | | |
| 143.  - T Rowe Lrg Cap Val | A | Int./Div. | J | T | | | | | |
| 144.  - VP Opponheimer Intl Gr | A | Int./Div. | J | T | | | | | |
| 145.  - VP Center Square RE | A | Int./Div. | J | T | | | | | |
| 146.  - Col VP Long Gov-Credit | A | Int./Div. | J | T | | | | | |
| 147.  - Col VP Select Inter | A | Int./Div. | J | T | | | | | |
| 148.  - VP Lazard Internat | A | Int./Div. | J | T | | | | | |
| 149.  - VP - LA CapLrgCapGr (X) | A | Int./Div. | J | T | | | | | see VIII |
| 150.  - VP - Partners Core Bond (X) | A | Int./Div. | J | T | | | | | see VIII |
| 151.  RiverSource RAVA5 Advantage Variable Annuity | | | | | | | | | |
| 152.  - Col VP Contrarian Core | A | Int./Div. | J | T | | | | | |
| 153.  - Col VP Disciplined Core | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Col VP Large Cap Growth | A | Int./Div. | J | T | | | | | |
| 155. - Col VP Select Large Cap Growth | A | Int./Div. | J | T | | | | | |
| 156. - Colo VP Select Large Cap Value | A | Int./Div. | J | T | | | | | |
| 157. - VP Loomis Sayles Growth | A | Int./Div. | J | T | | | | | |
| 158. - VP MFS Blended Research Core Equity | A | Int./Div. | J | T | | | | | |
| 159. - VP MFS Value | A | Int./Div. | J | T | | | | | |
| 160. - VP Morgan Stanley Advantage | A | Int./Div. | J | T | | | | | |
| 161. - VP T. Rowe Price Large Cap Value | A | Int./Div. | J | T | | | | | |
| 162. - VP Nuveen Winslow Large Cap Growth (Y) | | | | | | | | | see VIII |
| 163. - Col VP Mid Cap Growth | A | Int./Div. | J | T | | | | | |
| 164. - Col VP Mid Cap Value | A | Int./Div. | J | T | | | | | |
| 165. - VP Jennison Mid Cap Growth | A | Int./Div. | J | T | | | | | |
| 166. - VP Victory Sycamore Established Value | A | Int./Div. | J | T | | | | | |
| 167. - Col VP U.S. Equities | A | Int./Div. | J | T | | | | | |
| 168. - VP Partners Small Cap Growth | A | Int./Div. | J | T | | | | | |
| 169. - VP Partners Small Cap Value | A | Int./Div. | J | T | | | | | |
| 170. - VP DFA International Value | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.   - VP Lazard Intl Equity Advantage | A | Int./Div. | J | T | | | | | |
| 172.   - VP Oppenheimer International Growth | A | Int./Div. | J | T | | | | | |
| 173.   - VP Paramis International Equity | A | Int./Div. | J | T | | | | | |
| 174.   - VP American Century Diversified Bond | A | Int./Div. | J | T | | | | | |
| 175.   - Col VP Intermediate Bond | A | Int./Div. | J | T | | | | | |
| 176.   - Col VP Limited Duration Credit | A | Int./Div. | J | T | | | | | |
| 177.   - Col VP Long Government-Credit Bond | A | Int./Div. | J | T | | | | | |
| 178.   - Col VP U.S. Government Mortgage | A | Int./Div. | J | T | | | | | |
| 179.   - VP J.P. Morgan Core Bond (Y) | | | | | | | | | see VIII |
| 180.   - VP TCW Core Plus Bond | A | Int./Div. | J | T | | | | | |
| 181.   - VP Wells Fargo Short Duration Govt | A | Int./Div. | J | T | | | | | |
| 182.   - Tactical Assets | A | Int./Div. | K | T | | | | | |
| 183.   - Col VP Dividend Opp (X) | A | Int./Div. | J | T | | | | | see VIII |
| 184.   - Col VP Large Cap Growth (X) | A | Int./Div. | J | T | | | | | see VIII |
| 185.   - VP Los Angeles Cptl Lg Cap Grth (X) | A | Int./Div. | J | T | | | | | see VIII |
| 186.   - VP Partners Core Bond (X) | A | Int./Div. | J | T | | | | | see VIII |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/04/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  Part VII, line 61
    As noted in prior reports, this property was purchased on 11/07/2007 for $110,000.00

2.  Part VII, lines 73, 85, 118, 130, 162 and 179 denote assets marked with a (Y) as assets reported to me as held in annuities shown in my previous annual report for calendar year 2016; however, these do not appear as assets held in their respective annuities between 01/01/2017 and 09/30/2017. No specific data regarding Column D information relating to the disposition of these assets is available to me.

3.  Part VII, line 123
    This asset was inadvertently listed twice in my annual report for calendar year 2016 at lines 175 and 195.

4.  Part VII, lines 149 - 150 and 183 - 186
    These assets are marked with an (X) denoting their acquisition during this reporting period, 01/01/2017 to 09/30/2017; however, no specific data regarding Column D information is available to me.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William M. Nickerson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544